UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MARIMED SHIPPING LIMITED.,

        Plaintiff,

- against -

KEMOH MARINE COMPANY LTD.,
a.k.a. KEM-OH MARINE COMPANY LTD.,

        Defendant.
------------------------------------------------------X

**Judge Hellerstein**

07 CIV 9543

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: October 25, 2007
       New York, NY

                      The Plaintiff,
                      MARIMED SHIPPING LIMITED,

By: _____
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
ttisdale@tisdale-law.com