UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
MARIMED SHIPPING LIMITED.,            :

          Plaintiff,            :

                                                              07 Civ. 9543 (AKH)
   - against -            :            ECF CASE

KEMOH MARINE COMPANY LTD.,            :
a.k.a. KEM-OH MARINE COMPANY
LTD.,            :

          Defendant.            :
-------------------------------------------------X

## AMENDED AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut  )
                         )  ss: SOUTHPORT
County of Fairfield    )

      Lauren Cozzolino Davies, being duly sworn, deposes and says:

      1.      I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

      2.      I have attempted to locate the Defendant, Kemoh Marine Company Ltd. a.k.a. Kem-oh Marine Company Ltd. within this District. As part of my investigation to locate the Defendant within this District, I checked the telephone company information directory all area codes within the District, as well as the white and yellow pages for New York listed on the Internet or World Wide Web, and did not find a listing for the Defendant. I also checked the New York State Department of Corporations' online database which showed no listing or

registration for the Defendant. I was also unable to find any information to indicate that the Defendant has a general or managing agent within the District.

3. I submit that the Defendants cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4. Upon information and belief, the Defendants have, or will have during the pendency of this action, tangible and intangible property within the District in the hands of ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank and/or Wachovia Bank N.A.

5. This is Plaintiff's first request for this relief made to any Court.

**WHEREFORE**, the Plaintiff respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendants tangible and intangible property within this District in the hands of ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank and/or Wachovia Bank N.A.

Dated: March 17, 2008
Southport, CT

_____
Lauren Cozzolino Davies

Sworn and subscribed to before me
this [17] day of March 2008.

_____
Notary Public

-2-